UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MITCHELL SCOTT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 1:17-cv-00007 |
|  | ) |  |
| WARDEN CHERRY LINDAMOOD, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

The Magistrate Judge has entered a Report and Recommendation that recommends Doreen Trafton's unopposed Motion to Dismiss be granted because, "[e]ven when Plaintiff's factual allegations are taken as true and are given the most generous reading, [Plaintiff's] allegations are simply inadequate to support constitutional claims upon which relief can be granted against Defendant Trafton." (Doc. No. 22 at 4). No objections have been filed to the Report and Recommendation.

Having considered the record *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the Magistrate Judge's observation about the lack of sufficient facts to support a claim against Trafton, as well as the recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 22) is **ADOPTED**, Trafton's Motion to Dismiss (Doc. No. 10) is **GRANTED**, and that Defendant is **DISMISSED WITH PREJUDICE.**

This matter is returned to the Magistrate Judge for further pretrial case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE