IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MITCHELL SCOTT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:17-cv-00007 |
| WARDEN CHERRY LINDAMOOD, et al., | ) | JUDGE CAMPBELL |
| Defendants. | ) | MAGISTRATE JUDGE HOLMES |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 30), which was filed on June 13, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendant Donald Bright's Motion for Summary Judgment (Doc. No. 27) be granted, and this action be dismissed. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant Bright's Motion for Summary Judgment (Doc. No. 27) is **GRANTED,** and this action is **DISMISSED**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE